IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MONTELL GRIFFIN, et. al., | ) | |
| | ) | Case No. 18-CV-3792 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Judge Martha Pacold |
| | ) | Magistrate Judge M. David Weisman |
| COOK COUNTY MERIT BOARD, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

NOW COME Defendants, Thomas J. Dart and the County of Cook, by their counsel, Assistant State's Attorney, Megan Honingford, and, Plaintiff Montell Griffin pursuant to the Court's Third Amended General Order 20-0012, and for their Joint Status Report, state as follows:

A) The case has been referred to Magistrate Judge Weisman for discovery. There is no closure date for discovery.

B) Defendants' Motion to Dismiss is fully briefed and pending before the court.

C) The parties do not believe settlement is likely.

D) The parties propose a discovery disclosure date of August 18, 2020.

E) Not applicable.

F) The parties do not request any action by the court at this time.

G) The parties do not believe a status hearing is necessary at this time.

Dated: May 18, 2020

Respectfully Submitted,
KIMBERLY M. FOXX
State's Attorney of Cook County

By: /s/ Megan M. Honingford

Megan M. Honingford
Assistant State's Attorney
Labor and Employment Section
500 Richard J. Daley Center
50 West Washington Ave.
Chicago, IL 60602
(312) 603-3630
Megan.honingford@cookcountyil.gov